IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **ALINA CORMIER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:23-cv-01435 |
| | § | |
| | § | |
| **EXPERIAN INFORMATION SOLUTIONS, Inc.,** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF PENDING SETTLEMENT AS TO DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC,**

Plaintiff, Alina Cormier by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant Experian Information Solutions, Inc., have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiff respectfully requests sixty (60) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court.

**Dated:** December 10, 2024

Respectfully submitted,

**Jaffer & Associates Pllc**
*/s/ Heather Hersh*
**Heather Hersh**
State Bar No. 24025426
5301 Alpha Rd., Ste. 80-5
Dallas, Texas 75240
Tel:   (469) 589-5605
Fax:   (469) 669-0786
Email: wdtx@jaffer.law
*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been forwarded on December 10, to all parties in this matter in a manner approved by the rules.

>  */s/ Heather Hersh*
>  **Heather Hersh**
>  Counsel for Plaintiff