IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALINA CORMIER,<br>   Plaintiff,<br><br>V.<br><br>MCGAUGHEY REBER AND ASSOCIATES DBA DIVERSIFIED CREDIT SYSTEMS,<br>   Defendants. | § § § § § § § § § § § § § § | Civil Action No.: 1:23-CV-01435 |

## ORDER

Plaintiff Alina Cormier and Defendant Mcgaughey Reber and Associates Dba Diversified Credit Systems., have settled all claims against each other. In accordance with the parties' Joint Stipulation of Dismissal with Prejudice, the Plaintiff's causes of action against Defendant Mcgaughey Reber and Associates Dba Diversified Credit Systems, are hereby DISMISSED with prejudice, to the refiling of the same, with court costs and attorneys' fees to be paid by the party incurring the same.

DATED: Austin, Texas, December 12, 2024.

_____
David Alan Ezra
United States District Judge