IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALINA CORMIER, § § § § § § § § § § § § § | |
| Plaintiff, | |
| V. | Case No. 1:23-CV-1435 |
| MCGAUGHEY REBER AND ASSOCIATES DBA DIVERSIFIED CREDIT SYSTEMS, EXPERIAN INFORMATION SOLUTIONS INC, AND TRANS UNION LLC, | |
| Defendants. | |

**ORDER**

Plaintiff Alina Cormier and Defendant Experian Information Solutions INC., have settled all claims against each other. In accordance with the parties' Joint Stipulation of Dismissal with Prejudice, the Plaintiff's causes of action against Defendant Experian Information Solutions INC., are hereby DISMISSED with prejudice, to the refiling of the same, with court costs and attorneys' fees to be paid by the party incurring the same. The Clerk is ORDERED to CLOSE THE CASE.

DATED: January 22, 2025.

_____
David Alan Ezra
Senior United States District Judge